UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIGUEL ANGEL CORBACHO DAUDINOT,

               Plaintiff,                         CASE NO. 1:13-cv-22589-KMV

v.

YASIEL PUIG VALDES a/k/a YASIEL PUIG
and MARITZA VALDES GONZALEZ,

               Defendants.

_____/

### ORDER GRANTING PLAINTIFF' S AGREED MOTION FOR ENLARGMENT OF TIME FOR THE PARTIES TO EXCHANGE EXPERT DISCOVERY

      THIS MATTER is before the court on Plaintiff's agree motion for a 2-week enlargement of time for the parties to exchange expert discovery [DE 72], and the Court, having reviewed the Motion and being otherwise advised hereby

               **ORDERS AND ADJUDGES** as follows:

      1.     Plaintiff's Agreed Motion for Extension of Time for Parties to Exchange Expert Discovery [DE 72] is **GRANTED**. Plaintiff shall send Defendant an his expert summary and/or report on April 29, 2015. **NO FURTHER EXTENSIONS SHALL BE GRANTED.**

      **DONE AND ORDERED** in Chambers, in Miami-Dade County, Florida, this _14_ day of April, 2015.

_____
KATHLEEN M. WILLIAMS
United State District Judge